Form 169 – ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−18408−ABA
                Chapter:  7
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard G. Reinhard
   aka Richard Guy Reinhard
   221 Harrison Avenue
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−2875

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

    An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Richard S. Hoffman Jr. on behalf of Richard G. Reinhard.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Andrew B. Altenburg Jr. on:

Date:                February 19, 2019
Time:                10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067


Dated: January 17, 2019
JAN:

                                                                               Jeanne Naughton
                                                                               Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-18408-ABA
   Richard G. Reinhard                                          Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Jan 17, 2019
                              Form ID: 169                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2019.
db             +Richard G. Reinhard,   221 Harrison Avenue,   Williamstown, NJ 08094-5454
aty            +Joseph A. McCormick, Jr.,   Joseph A. McCormick, Jr., P.A.,   76 Euclid Avenue,   Suite 103,
                 Haddonfield, NJ 08033-2330
cr             +Toyota Motor Credit Corp.,   14841 Dallas Pky,,    Dallas, TX 75254-7685
517478962      +Allison J. Russell, Esquire,    White & Williams, LLP,   1650 Market Street,   Suite 1800,
                 Philadelphia, PA 19103-7304
517478964      +Christopher & Caitlin Danauskas,    364 Bortons Mill Road,   Cherry Hill, NJ 08034-3307
517478966      +GreenSky,   PO Box 29429,   Atlanta, GA 30359-0429
517924179      +Greensky LLC,   PO Box 71215,   Charlotte NC 28272-1215
517480344      +Greg Lefevre,   6 Valdavid Court,   Sicklerville, NJ 08081-3220
517478967      +Petro Home Services,   1701 Sherman Avenue,   Pennsauken, NJ 08110-2626
517478968       Sears Credit Cards,   PO Box 6283,    Sioux Falls, SD 57117-6283
517478969       Service Finance Company,   PO Box 511223,   Los Angeles, CA 90051-3021
517478970      +Suntrust/GS,   1797 NE Expressway,   Atlanta, GA 30329-7803
517478971     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52409-8026)
517888806      +Toyota Motor Credit Corporation,    216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
517478973       Wawa/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
517948882       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
517949284       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517478974      +Wells Fargo Bank, NA,   PO Box 14517,   Des Moines, IA 50306-3517
517478975      +Wells Fargo Card Services,    PO Box 14517,   Des Moines, IA 50306-3517
517478976       Wells Fargo FNB/Bob's Discount Furniture,    PO Box 71118,   Charlotte, NC 28272-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: jdmarchand@comcast.net Jan 18 2019 00:11:41     Joseph Marchand, Esq.,
                 117-119 West Broad Street,   PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2019 00:10:50     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2019 00:10:47     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517478965      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 18 2019 00:10:36     Comenity - GameStop,
                 PO Box 182120,   Columbus, OH 43218-2120
517951651       E-mail/Text: bnc-quantum@quantum3group.com Jan 18 2019 00:10:41
                 Quantum3 Group LLC as agent for,   MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788
517483422      +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2019 03:38:56     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517478972*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corporation,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634)
517478963     ##Best Buy Credit Services,   PO Box 183195,   Columbus, OH 43218-3195
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Jan 17, 2019
                              Form ID: 169               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph  Marchand     on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph  Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph A McCormick, Jr.    on behalf of Trustee Joseph  Marchand jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Richard S. Hoffman, Jr.     on behalf of Debtor Richard G. Reinhard rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```