UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                        :    Case No.:        18-18408
                                                              :
Richard G Reinhard                                            :    Adv. No.:
                                                              :
                                                              :    Judge:           Altenburg
         Debtor (s),                                          :
                                                              :    Chapter:             7

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge.

**Reason for Hearing:**        Plenary Hearing on Motion to Convert to Ch. 13

**Location of Hearing:**       Courtroom No. 4B
                               Mitchell H. Cohen U.S. Courthouse
                               400 Cooper Street
                               Camden, NJ 08101

**Date and Time:**             Wed. March 20, 2019 at 9:30 am,
                               or as soon thereafter as counsel may be heard.

**Please note that the movant must timely serve a copy of the motion/application on all relevant parties, including the trustee, advising them of the hearing date and time listed above. The movant must also file a certificate of service with the court stating that all parties were served and advised of the hearing date and time. Also note that the movant must attend the hearing or the motion may be denied.   If you have any questions, please contact Bruce Compton at 856-361-2325.**

DATED:        February 15, 2019                    JEANNE A. NAUGHTON, Clerk

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on        February 15, 2019        the foregoing notice was served on the following:

Richard Reinhard, Debtor
Richard Hoffman, Counsel for Debtor
Joseph Marchand, Ch. 7 Trustee
Joseph McCormick, Special Counsel        Paul Pflumm, Special Counsel
                                         JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard G. Reinhard  
      Debtor

Case No. 18-18408-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.  
db            +Richard G. Reinhard,    221 Harrison Avenue,    Williamstown, NJ 08094-5454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:

            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,  
             jmarchand@comcast.net  
            Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
            Joseph A McCormick, Jr.    on behalf of Trustee Joseph  Marchand jmccormick@mccormicknjlaw.com,  
             karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
            Paul Stadler Pflumm    on behalf of Trustee Joseph  Marchand ppflumm@mccormicknjlaw.com,  
             Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
            Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
             rsolarz@kmllawgroup.com  
            Richard S. Hoffman, Jr.    on behalf of Debtor Richard G. Reinhard rshoffman@hoffmandimuzio.com,  
             lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 8