| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Paul Pflumm (006912002)<br>**JOSEPH A. MCCORMICK, JR., P.A.**<br>76 Euclid Avenue<br>Suite 103<br>Haddonfield, NJ   08033<br>(856)795-6500<br>ppflumm@mccormicknjlaw.com<br>Special Counsel for Chapter 7 Trustee | |
|---|---|
| | Order Filed on March 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard G. Reinhard,<br><br>                              Debtor. | Case No.    18-18408-ABA<br><br>Judge:         Hon. Andrew B. Altenburg<br><br>Chapter:      7 |

## ORDER DENYING DEBTOR'S MOTION TO CONVERT

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: March 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

      This matter having been brought by way of a Motion to Convert Case from Chapter 7 to Chapter 13 Pursuant to 11 U.S.C. §706(a), filed by the Debtor by and through his attorneys, Hoffman DiMuzio, Richard S. Hoffman, Jr., appearing, and Joseph D. Marchand, Chapter 7 Trustee having filed opposition by and through his attorneys, Joseph D. McCormick, P.A., Paul Pflumm appearing, and the Court having considered the arguments of the parties and the evidence adduced at a plenary hearing, and for the reasons set forth on the record.

It is hereby Ordered:

1)      The Debtor's Motion to Convert Case from Chapter 7 to Chapter 13 Pursuant to 11 U.S.C. §706(a) is DENIED without prejudice.

T:\Joint Clients\Reinhard, Richard RB-962-M\Motion To Convert\Proposed Order Denying Motion to Convert.wpd