UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Paul Pflumm (006912002)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ   08033
(856)795-6500
ppflumm@mccormicknjlaw.com
Special Counsel for Chapter 7 Trustee

Order Filed on March 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. | 18-18408-ABA |
|---|---|---|
| Richard G. Reinhard, | Judge: | Hon. Andrew B. Altenburg |
| Debtor. | Chapter: | 7 |

## ORDER DENYING DEBTOR'S MOTION TO CONVERT

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: March 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought by way of a Motion to Convert Case from Chapter 7 to Chapter 13 Pursuant to 11 U.S.C. §706(a), filed by the Debtor by and through his attorneys, Hoffman DiMuzio, Richard S. Hoffman, Jr., appearing, and Joseph D. Marchand, Chapter 7 Trustee having filed opposition by and through his attorneys, Joseph D. McCormick, P.A., Paul Pflumm appearing, and the Court having considered the arguments of the parties and the evidence adduced at a plenary hearing, and for the reasons set forth on the record.

It is hereby Ordered:

1)  The Debtor's Motion to Convert Case from Chapter 7 to Chapter 13 Pursuant to 11 U.S.C. §706(a) is DENIED without prejudice.

T:\Joint Clients\Reinhard, Richard RB-962-M\Motion To Convert\Proposed Order Denying Motion to Convert.wpd

United States Bankruptcy Court
District of New Jersey

In re:  
Richard G. Reinhard  
      Debtor

Case No. 18-18408-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 28, 2019  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.  
db            +Richard G. Reinhard,   221 Harrison Avenue,   Williamstown, NJ 08094-5454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joseph Marchand     on behalf of Trustee Joseph Marchand jdmarchand@comcast.net, jmarchand@comcast.net  
           Joseph Marchand     jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
           Joseph A McCormick, Jr.     on behalf of Trustee Joseph Marchand jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
           Paul Stadler Pflumm     on behalf of Trustee Joseph Marchand ppflumm@mccormicknjlaw.com, Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
           Rebecca Ann Solarz     on behalf of Creditor     Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
           Richard S. Hoffman, Jr.     on behalf of Debtor Richard G. Reinhard rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 8