| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Paul Pflumm (006912002)<br>**JOSEPH A. MCCORMICK, JR., P.A.**<br>76 Euclid Avenue<br>Suite 103<br>Haddonfield, NJ 08033<br>(856)795-6500<br>ppflumm@mccormicknjlaw.com<br>Special Counsel for Chapter 7 Trustee | | |
|---|---|---|
| | | Order Filed on May 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard G. Reinhard,<br><br><div align="right">Debtor.</div> | Case No.<br><br>Judge:<br><br>Chapter: | 18-18408-ABA<br><br>Hon. Andrew B. Altenburg<br><br>7 |

### ORDER GRANTING ACCESS TO PROPERTY BY TRUSTEE AND/OR TRUSTEE'S REPRESENTATIVE FOR INSPECTION PURPOSES

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: May 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought by way of a Motion for Access to the Debtor's Residence Upon Reasonable Notice, filed by Joseph D. Marchand, Chapter 7 Trustee, by and through his attorneys, Joseph D. McCormick, P.A., Paul Pflumm appearing, and the Court having considered the arguments of the parties and for good cause shown.

It is hereby Ordered:

1) The Trustee's Motion for Access to the Debtor's Residence Upon Reasonable Notice is Granted.

2) The Debtor, Richard Reinhard, shall provided the Trustee or his representative access to the real property located at 221 Harrison Avenue, Williamstown, New Jersey upon twenty-four hours notice.

\\LAW1\Company\Joint Clients\Reinhard, Richard RB-962-M\Motion for Access\Proposed Order.wpd

2