| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Paul Pflumm (006912002)<br>**JOSEPH A. MCCORMICK, JR., P.A.**<br>76 Euclid Avenue<br>Suite 103<br>Haddonfield, NJ   08033<br>(856)795-6500<br>ppflumm@mccormicknjlaw.com<br>Special Counsel for Chapter 7 Trustee | Order Filed on May 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard G. Reinhard,<br><br>                              Debtor. | Case No.:    18-18408-ABA<br><br>Judge:        Hon. Andrew B. Altenburg<br><br>Chapter:      7 |

## ORDER GRANTING ACCESS TO PROPERTY BY TRUSTEE AND/OR TRUSTEE'S REPRESENTATIVE FOR INSPECTION PURPOSES

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: May 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been brought by way of a Motion for Access to the Debtor's Residence Upon Reasonable Notice, filed by Joseph D. Marchand, Chapter 7 Trustee, by and through his attorneys, Joseph D. McCormick, P.A., Paul Pflumm appearing, and the Court having considered the arguments of the parties and for good cause shown.

It is hereby Ordered:

1)   The Trustee's Motion for Access to the Debtor's Residence Upon Reasonable Notice is Granted.

2)   The Debtor, Richard Reinhard, shall provided the Trustee or his representative access to the real property located at 221 Harrison Avenue, Williamstown, New Jersey upon twenty-four hours notice.

\\LAW1\Company\Joint Clients\Reinhard, Richard RB-962-M\Motion for Access\Proposed Order.wpd

2

United States Bankruptcy Court
District of New Jersey

In re:
Richard G. Reinhard
     Debtor

Case No. 18-18408-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 28, 2019
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
db            +Richard G. Reinhard,    221 Harrison Avenue,    Williamstown, NJ 08094-5454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Joseph Marchand    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net,
            jmarchand@comcast.net
           Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
           Joseph A McCormick, Jr.    on behalf of Trustee Joseph Marchand jmccormick@mccormicknjlaw.com,
            karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
            jlaw.com
           Paul Stadler Pflumm    on behalf of Trustee Joseph Marchand ppflumm@mccormicknjlaw.com,
            Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
            jlaw.com
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
            rsolarz@kmllawgroup.com
           Richard S. Hoffman, Jr.    on behalf of Debtor Richard G. Reinhard rshoffman@hoffmandimuzio.com,
            lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8