UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Richard G. Reinhard

Case No.: 18-18408/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __November 2, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Litigation/Judgment against Greg LeFevre, however said party has filed for Bankruptcy and any pursuit of same would not yield any monetary benefit.
FMV - $39,000.00

Liens on property: N/A

Amount of equity claimed as exempt: N/A

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Richard G. Reinhard  
Debtor

Case No. 18-18408-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Sep 29, 2021     Form ID: pdf905     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard G. Reinhard, 221 Harrison Avenue, Williamstown, NJ 08094-5454 |
| aty | + | Joseph A. McCormick, Jr., McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| aty | + | Joseph A. McCormick, Jr., Joseph A. McCormick, Jr., P.A., 76 Euclid Avenue, Suite 103, Haddonfield, NJ 08033-2330 |
| cr | + | Toyota Motor Credit Corp., 14841 Dallas Pky,, Dallas, TX 75254-7685 |
| 517478962 | + | Allison J. Russell, Esquire, White & Williams, LLP, 1650 Market Street, Suite 1800, Philadelphia, PA 19103-7304 |
| 517478964 | + | Christopher & Caitlin Danauskas, 364 Bortons Mill Road, Cherry Hill, NJ 08034-3307 |
| 517478966 | + | GreenSky, PO Box 29429, Atlanta, GA 30359-0429 |
| 517924179 | + | Greensky LLC, PO Box 71215, Charlotte NC 28272-1215 |
| 517480344 | + | Greg Lefevre, 6 Valdavid Court, Sicklerville, NJ 08081-3220 |
| 517478967 | + | Petro Home Services, 1701 Sherman Avenue, Pennsauken, NJ 08110-2626 |
| 517478969 | | Service Finance Company, PO Box 511223, Los Angeles, CA 90051-3021 |
| 517478970 | + | Suntrust/GS, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 517478971 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409-8026 |
| 517888806 | + | Toyota Motor Credit Corporation, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517478973 | | Wawa/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517948882 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517949284 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517478974 | + | Wells Fargo Bank, NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 517478975 | + | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 517478976 | | Wells Fargo FNB/Bob's Discount Furniture, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jdmarchand@comcast.net | Sep 29 2021 20:36:00 | Joseph Marchand, Esq., 117-119 West Broad Street, PO Box 298, Bridgeton, NJ 08302-0228 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517478963 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2021 20:45:21 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 517478965 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2021 20:36:00 | Comenity - GameStop, PO Box 182120, Columbus, OH 43218-2120 |
| 517951651 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2021 20:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517478968 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2021 20:45:18 | Sears Credit Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517483422 | + | Email/PDF: gecsedi@recoverycorp.com | | |

                                    Sep 29 2021 20:45:16    Synchrony Bank, c/o of PRA Receivables
                                                            Management, LLC, PO Box 41021, Norfolk, VA
                                                            23541-1021

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517478972 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corporation, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Joseph Marchand jmccormick@mccormicknjlaw.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Paul Stadler Pflumm | on behalf of Plaintiff Joseph D Marchand ppflumm@mccormicknjlaw.com Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Paul Stadler Pflumm | on behalf of Trustee Joseph Marchand ppflumm@mccormicknjlaw.com Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Richard G. Reinhard rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9